No. 05M44.  VENKATRAMAN v. REI SYSTEMS, INC.; and

No. 05M45.  WOODROOF v. UNITED STATES.  Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 05–7916.  THOMPSON v. MERIT SYSTEMS PROTECTION BOARD.  C. A. Fed. Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied.  Petitioner is allowed until February 7, 2006, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 05–7071.  IN RE EGGERS.  Petition for writ of habeas corpus denied.

No. 05–658.  IN RE SINGH;

No. 05–7513.  IN RE BROWN ET VIR; and

No. 05–8102.  IN RE BECKLEY.  Petitions for writs of mandamus denied.

No. 04–947.  COLUMBIA RIVER CORRECTIONAL INSTITUTE ET AL. v. PHIFFER.  C. A. 9th Cir.  Certiorari denied.

No. 05–244.  PELULLO v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 05–326.  ORDER OF FRIARS MINOR v. ALPERIN ET AL.; and

No. 05–539.  INSTITUTO PER LE OPERE DI RELIGIONE v. ALPERIN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 05–475.  ALLEN, SUPERINTENDENT, PRESTON YOUTH CORRECTIONAL FACILITY v. JUAN H.; and

No. 05–7510.  JUAN H. v. ALLEN, SUPERINTENDENT, PRESTON YOUTH CORRECTIONAL FACILITY.  C. A. 9th Cir.  Certiorari denied.

No. 05–484.  SANCHEZ-VILLALOBOS, AKA SANCHEZ-SAENZ, AKA VILLALOBOS-SANCHEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–508.  HEAVRIN v. SCHILLING, TRUSTEE.  C. A. 6th Cir.  Certiorari denied.